**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 00-10871

JENNIS P. HARNISH (also known as "KAY"),

Plaintiff-Appellant,

VERSUS

AMERICAN AIRLINES, INC.; ET AL,

Defendants,

AMERICAN AIRLINES, INC.,

Defendant-Appellee.

Appeal from the United States District Court
For the Northern District of Texas

(4:98-CV-476-Y)

June 6, 2001

Before EMILIO M. GARZA, PARKER, Circuit Judges, and ELLISON, District Judge.[*]

PER CURIAM:[**]

Having reviewed the record and considered the applicable authority and arguments of counsel, we affirm essentially for the reasons set forth in the district court's July 13, 2000 Order.

AFFIRMED

---

[*]District Judge of the Southern District of Texas sitting by designation.

[**]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.